Slip-Op 03- 44

UNITED STATES COURT OF INTERNATIONAL TRADE

_____

|                                              |   |                               |
|----------------------------------------------|---|-------------------------------|
| UNITED STATES,                               | : |                               |
|                                              | : |                               |
|     Plaintiff,           | : |                               |
|                                              | : | Before:  WALLACH, Judge       |
|   v.                               | : | Court No.: 00-07-00329        |
|                                              | : |                               |
|                                              | : |                               |
| CARNATION CREATIONS, INC.,                   | : |                               |
| JAMES PENG, a/k/a WEN CHIN PENG,             | : |                               |
| a/k/a WEN C. CHEN, ANGELA CHEN               | : |                               |
| a/k/a SHU-MEI CHEN, and                      | : |                               |
| E&T FASHION, INC.                            | : |                               |
|                                              | : |                               |
|     Defendant.           | : |                               |
|                                              | : |                               |
|                                              | : |                               |

_____:

Order and Judgment

Upon consideration of the parties' Joint Stipulation For the Entry of Judgment ("Parties' Stipulation"), the Court having reviewed the papers and pleadings on file herein, and after due deliberation, it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and hereby is entered in favor of the United States and against Defendants E&T Fashion, Inc., Angela Chen a/k/a Shu-Mei Chen, and James Peng a/k/a Wen Chin Peng a/k/a Wen C. Chen, jointly and severally, in the amount of $128, 756, inclusive of interest; and it is further

ORDERED that each party shall bear its own costs, expenses, and attorney fees.

_____
Evan J. Wallach, Judge


Dated:     April 23, 2003
         New York, New York